**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | |
|---|---|
| **In Re:** ) | |
| ) | |
| **DENNIS J. SZABO, JR.,** ) | **17-7179** |
| ) | |
| ) | **Judge Pamela S. Hollis** |
| **Debtor.** ) | |

## NOTICE OF MOTION

To:    SEE ATTACHED SERVICE LIST

    PLEASE TAKE NOTICE that on September 22, 2017 at 10:45 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Pamela S. Hollis, or any judge sitting in her stead, in the courtroom usually occupied by her, at the Joliet Town Hall located at 150 W. Jefferson St., 2nd Fl., Joliet, Illinois and then and there present a Motion for Relief from the Automatic Stay, a copy of which is attached hereto.

                              Kollias & Giese, P.C.

                              By:/s/ Jane E. Nagle
                                  Jane E. Nagle, Attorney for Debtor

### PROOF OF SERVICE

    I, the undersigned Attorney, certify that I served a copy of this Notice and a copy of the attached document(s) to the entities named above by depositing of same in the U.S. Postal Service's mail box at 400 S. Knoll St., Ste. B, Wheaton, Illinois 60187, on September 15, 2017, except that the Trustee and any other party indicated on he attached Service List were served electronically by the court on such date.

                              By:/s/ Jane E. Nagle
                                  Jane E. Nagle, Attorney for Debtor

KOLLIAS & GIESE, P.C.
400 S. Knoll St., Ste. B
Wheaton, Illinois 60187
P: (630) 407-1200
F: (630) 313-2685
service@dupageattorneys.net

## SERVICE LIST

Glenn B Stearns
801 Warrenville Road Suite 650
Lisle, IL 60532

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Ally Financial
200 Renaissance Ctr.
Detroit, MI 48243

Wells Fargo Home Mortgage
6480 Stagecoach Cr.
Frederick, MD 21701

Illinois Department of Revenue
PO Box 19044
Springfield, IL 62794

CAP1/Mnrds
26525 N. Riverwoods Blvd.
Mettawa, IL 60045

Capital One Bank USA NA
120 Corporate Blvd., Ste. 1
Norfolk, VA 23502

Comenity Bank
PO Box 183003
Columbus, OH 43218

Community Hospital
901 MacArthur Blvd.
Munster, IN 46321

Credit One Bank NA
PO Box 10497
Greenville, SC 29603

Credit One Bank NA
PO Box 98875
Las Vegas, NV 89193

Dr. Christine Coats
943 S. Dixie Hwy.
Beecher, IL 60401

Dr. Gregory McComis
801 MacArthur Blvd.
Munster, IN 46321

Dr. Thomas Tarin
99 E. 86th Ave., Ste. A
Merrillville, IN 46410

Harris & Harris, LTD.
111 W. Jackson Blvd., Ste. 400
Chicago, IL 60604

Kay Jewelers
375 Ghent Rd.
Fairlawn, OH 44333

Lake county Business Bureau
541 Otis Browen Dr.
Munster, IN 46321

Methodist Hospitals
8701 Broadway
Merrillville, IN 46410

St James/ Olympia Fields
PO Box 126
Olympia Fields, IL 60461

Midland Credit Management
2365 Northside Dr., Ste. 300
San Diego, CA 92108

Midland Funding, LLC
8875 Aero Drive, #200
San Diego, CA 92123

Will County Circuit Court
14 W. Jefferson St.
Joliet, IL 60432

Blitt and Fianes, P.C.
661 Glenn Ave.
Wheeling, IL 60090

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | |
| **DENNIS J. SZABO, JR.,** | ) | **17-7179** |
| | ) | |
| | ) | **Judge Pamela S. Hollis** |
| **Debtor.** | ) | |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

NOW COMES the Debtor, DENNIS J. SZABO, by and through his attorneys, Kollias & Giese, P.C., and pursuant to 11 U.S.C.§ 362(d), and in support of his Motion for Relief from the Automatic Stay, state as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C.§ 1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois.

2. On March 2, 2017, the Debtor filed a Petition for Dissolution of Marriage in the Twelfth Judicial Circuit Court, Will County, Illinois, which remains pending and undetermined.

3. On March 8, 2017, the Debtor filed his Voluntary Petition under Chapter 13 of the Bankruptcy Code.

4. On May 12, 2017, an order was entered confirming the Debtor's Chapter 13 Plan.

5. The Debtor is entitled to relief from the automatic stay under 11 U.S.C.§ 362(d) because he has resolved all issues pending in his divorce case by way of an agreement and must proceed with the hearing to finalize the divorce.

6. The Court has authority to order that Rule 4001(a)(3) is not applicable to the order entered in granting this motion, and Debtor requests this Court so order.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order:

A. Modifying the automatic stay as to the Debtor to allow him to finalize his divorce litigation; and

B. Granting such other relief as is just and proper.

By:/s/ Jane E. Nagle
Jane E. Nagle, Attorney for Debtor

KOLLIAS & GIESE, P.C.
400 S. Knoll St., Ste. B
Wheaton, Illinois 60187
P: (630) 407-1200
F: (630) 313-2685
service@dupageattorneys.net